**Carola R. Hessert, appellee, v. William Hessert et al., on appeal of William Hessert, appellant. Gen. No. 26,300.**

Bill in equity against a bank and plaintiff's father to recover possession of a fund deposited in plaintiff's name while she was an infant, but requiring the father's signature and the pass book for withdrawal. Cross-bill by the father for payment of the fund to him. Decree in favor of complainant and against the father on his cross-bill. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 1, 1921.

Dryenforth, Lee, Chritton & Wiles and M. J. Stanton, for appellant; George A. Chritton and Marcus A. Hirschl, of counsel. Edmund W. Froehlich, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**J. C. Dunn, appellee, v. American State Bank, appellant. Gen. No. 26,318.**

Action against a bank for damages resulting from its failure to use reasonable diligence in the collection of two drafts. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed November 1, 1921.

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. Miller, Starr, Brown, Packard & Peckham, for appellee; Don C. Wray and Julius A. Polikoff, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Lithflux Mineral & Chemical Works, appellant, v. Merchants Chemical Company, appellee. Gen. No. 26,325.**

Action for damages for breach of contract for the sale of a car-load of tri-sodium phosphate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 1, 1921.

B. H. Ehrlich, for appellant. Garret V. Weart, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Mandel Brothers, appellant, v. Milton E. Robinson Coal Company, appellee. Gen. No. 26,412.**

Action for damages for injuries to plaintiff's auto-truck from being run into by defendant's team while hitched to a coal wagon. Judgment for defendant on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 1, 1921.

Robert H. Holmes, for appellant. Hoag & Ullmann, for appellee.
Mr. Justice Barnes delivered the opinion of the court.